```
JOHN E. KELLY, ESQ. (SBN 40217)
AARON T. BORROWMAN, ESQ. (SBN 201920)
MICHAEL A. DiNARDO, ESQ. (SBN 216991)
KELLY LOWRY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, CA 91367
Telephone: (818) 347-7900
Facsimile: (818) 340-2859
Email: Aaron@KLKPatentLaw.com

Attorneys for Plaintiff
ORANGE BANG, INC.
```

FILED
CLERK, U.S. DISTRICT COURT
AUG 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT IS SO ORDERED
Dated Aug. 19, 2010

*/s/ Margaret M. Morrow*
United States District Judge

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE BANG, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC., a Florida corporation,<br><br>Defendant. | Case No. CV09-06551 MMM (Ex)<br><br>**ORDER GRANTING**<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties jointly give notice that pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), they hereby stipulate to dismiss with prejudice all claims in this civil action.

Plaintiff ORANGE BANG, INC. hereby dismisses with prejudice its Complaint and all claims and causes of action set forth in the allegations of the pleadings of record which it has against Defendant VITAL PHARMACEUTICALS, INC.

The parties shall bear their own costs and attorneys' fees,

---

STIPULATION FOR DISMISSAL

1

pursuant to a private Settlement Agreement entered into between the parties.

The Dismissal has been approved by the parties to this civil action and their attorneys of record as indicated by the signatures below.

Dated: August 9, 2010            KELLY LOWRY & KELLEY, LLP

BY: _____
AARON T. BORROWMAN
Attorneys for Plaintiff
ORANGE BANG, INC.

Dated: August 18, 2010           EISENBERG RAIZMAN THURSTON & WONG LLP

By: _____
ADAM J. THURSTON
Attorneys for Defendant
VITAL PHARMACEUTICALS, INC.

Dated: August __, 2010

_____
KALINA PAGANO
Attorney for Defendant
VITAL PHARMACEUTICALS, INC.

1 | pursuant to a private Settlement Agreement entered into between
2 | the parties.
3 |     The Dismissal has been approved by the parties to this civil
4 | action and their attorneys of record as indicated by the
5 | signatures below.

7 | Dated: August 9, 2010     KELLY LOWRY & KELLEY, LLP

9 | BY: _____
10 |     AARON T. BORROWMAN
    Attorneys for Plaintiff
11 |     ORANGE BANG, INC.

12 | Dated: August __, 2010     EISENBERG RAIZMAN THURSTON & WONG LLP

14 | By: _____
15 |     ADAM J. THURSTON
    Attorneys for Defendant
16 |     VITAL PHARMACEUTICALS, INC.

18 | Dated: August 9, 2010     /s/ Kalina Pagano
    KALINA PAGANO
19 |     Attorney for Defendant
    VITAL PHARMACEUTICALS, INC.

STIPULATION FOR DISMISSAL
2